1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | Case No. CV 21-01284 MWF (RAO)

12 SIR MOSES-MADUWOTU,

13     Plaintiff, | **JUDGMENT**

14   v.

15 XAVIER BECERRA, et al.,

16     Defendants.

17

18   Pursuant to the Court's Order Accepting Report and Recommendation of

19 United States Magistrate Judge,

20   IT IS ORDERED AND ADJUDGED that this action is dismissed without

21 prejudice.

22

23 DATED: April 14, 2021

24            _____

25            MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

26
27
28